IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

STI HOLDINGS, INC., f/k/a
STOUGHTON TRAILERS, INC.,

        Plaintiff,

v.

GREAT DANE LIMITED PARTNERSHIP,

        Defendant.

SPECIAL VERDICT

09-cv-570-slc

---

We, the jury, for our special verdict, do find as follows:

**Question No. 1:** Has Great Dane proven by clear and convincing evidence that claim 2 of the '564 patent is anticipated?

    Answer: __NO__

    (Yes or No)

**Question No. 2:** Has Great Dane proven by clear and convincing evidence that claim 16 of the '564 patent is anticipated?

    Answer: __NO__

    (Yes or No)

**Question No. 3:** Has Great Dane proven by clear and convincing evidence that claim 2 of the '564 patent was obvious?

Answer: __NO__

(Yes or No)

**Question No. 4:** Has Great Dane proven by clear and convincing evidence that claim 16 of the '564 patent was obvious?

Answer: __NO__

(Yes or No)

**Question No. 5:** Has Great Dane proven by clear and convincing evidence that claim 2 of the '902 patent was obvious?

Answer: __NO__

(Yes or No)

**Question No. 6**: Has Great Dane proven by clear and convincing evidence that claim 17 of the '902 patent was obvious?

Answer: __NO__

(Yes or No)

_____
Presiding Juror

Madison, Wisconsin

Date: 2/16/11